UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTIN LEE DALCOLLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-3713 (UNA) |
| ) | |
| RAMERO FLORES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint asserts in conclusory fashion that defendants committed an unspecified "RICO Act Violation." Compl. at 5. Wholly absent are factual allegations, "accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). This plaintiff utterly fails to "plead[] factual content that allows the court to draw the reasonable inference that the defendant

is liable for the misconduct alleged," *id*. (quoting *Twombly*, 550 U.S. at 556), or that puts defendants on notice of the claims plaintiff brings against them.

  Accordingly, the Court will GRANT plaintiff's application to proceed *in forma pauperis* and DISMISS the complaint and this civil action without prejudice. A separate order will issue.

DATE: December 20, 2023

               BERYL A. HOWELL
               United States District Judge